CATHERINE CROWLEY, Administratrix, *vs.* FRANK UNDERLEAK.

February 12, 1885.

New Trial—Conflicting Evidence.—[Rep.

Ejectment, brought in the district court for Fillmore county. Plaintiff had a verdict, and defendant appeals from an order by *Farmer*, J., refusing a new trial.

*H. R. Wells*, for appellant.

*N. Kingsley*, for respondent.

*By the Court.* The controversy is as to the true location, with reference to the United States survey, of the boundary line between certain subdivisions of a section of land. The determination depends upon the location of monuments established by the government survey in 1856. There is a substantial conflict in the evidence, and, after a careful consideration of it, we find no sufficient reason for setting aside the determination of the jury, sanctioned by the trial court.

Order affirmed.